**U.S. DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

**IMPORTANT NOTICE**

**LOCAL RULE GOVERNING SUBMISSION OF RECORD,
BRIEFING SCHEDULE AND DISCOVERY IN ERISA CASES**

Please note that Local Rule 9.4 governs all civil actions which involve one or more claims under § 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1132(a)(1)(B).  Because a filing party identified this action as an ERISA case, the parties will be expected to comply with the filing requirements and provisions of LR 9.4.

If counsel believe LR 9.4 should not apply in this case, they should file a Stipulation that explains why the local rule does not apply and requests the presiding judge waive compliance with the local rule.

**NOTICE TO PLAINTIFF'S COUNSEL**: You are instructed to serve a copy of this notice on all parties in this case along with the case initiating document.

DANIEL J. LYNCH
Clerk

USDCNH-90 (1-14)