# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GEORGE LAMBERT,<br>　　　Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, AND TRINET GROUP, INC.,<br>　　　Defendants. | Civil Case No. 1:23-cv-00225-LM-AJ |

## JOINT STATUS REPORT

In accordance with the Court's Order dated September 4, 2024, plaintiff George Lambert and defendants Aetna Life Insurance Company and Hartford Life and Accident Insurance Company advise the Court that consideration of the claim on remand has concluded. The matter has not resolved. Accordingly, the stay may be lifted.

The parties request that the process set forth in LR 9.4(b) (requiring the parties to prepare a Joint Statement of Material Facts) be set to begin on January 30, 2025, in order to accommodate counsels' and clients' schedules during the holiday season.

Respectfully submitted this 22nd day of November 2024.

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant AETNA LIFE
　　　　　　　　　　　　　　　　　　　INSURANCE COMPANY and HARTFORD LIFE
　　　　　　　　　　　　　　　　　　　AND ACCIDENT INSURANCE COMPANY

　　　　　　　　　　　　　　　　　　　/s/ Byrne J. Decker
　　　　　　　　　　　　　　　　　　　Byrne J. Decker, NH Bar #9300
　　　　　　　　　　　　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK &
　　　　　　　　　　　　　　　　　　　STEWART, P.C.
　　　　　　　　　　　　　　　　　　　Two Monument Square, Suite 530
　　　　　　　　　　　　　　　　　　　Portland, Maine 04101
　　　　　　　　　　　　　　　　　　　Telephone: 207-387-2957
　　　　　　　　　　　　　　　　　　　byrne.decker@ogletree.com

Attorneys for Plaintiff GEORGE LAMBERT

/s/ David S. Osterman
Davis S. Osterman, NH Bar #1939
497 Hooksett Road, Suite 352
Manchester, NH 03104
Telephone: 603-626-5452
email@dsostermanlaw.com

## CERTIFICATE OF SERVICE

  I, Byrne Decker, hereby certify that on this ___ day of November 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing to the following registered counsel of record:

  David S. Osterman, NH #1939
  66 Hanover Street, Suite 200
  Manchester, NM 03101
  email@dsostermanlaw.com

                _____
                Byrne Decker