<div style="text-align:center">

# UNITED STATES DISTRICT COURT
для for the
## DISTRICT OF NEW HAMPSHIRE

</div>

| | | |
|---|---|---|
| **GEORGE LAMBERT** | ) | CASE NO. |
| | ) | **1:2023-cv-00225-LM-AJ** |
| v. | ) | |
| | ) | |
| **AETNA LIFE INSURANCE** | ) | **ASSENTED-TO** |
| **COMPANY, INC., ET AL.** | ) | **MOTION TO DISMISS** |
| | ) | **WITH PREJUDICE** |

<div style="text-align:center">

**ASSENTED-TO MOTION TO DISMISS**
**WITH PREJUDICE**

</div>

Plaintiff George Lambert moves to dismiss this civil action and further states:

1. In addition to the stipulation under Fed. R. Civ. P. 41(a) and to comply with the terms known to the parties, Plaintiff George Lambert moves to dismiss this civil action against all defendants with prejudice, no further action for the same cause, each party to bear their own costs, expenses, and fees.

2. Aetna and Hartford assent to this motion to dismiss.

3. The remaining named defendants have not appeared in this action and their assent to dismissal has not been requested. *See* Fed. R. Civ. 41(a)(1)(A)(ii).

<div style="margin-left: 50%;">

Respectfully submitted,
George Lambert
By his attorney:

</div>

Date: April 4, 2025        /s/ David. S. Osterman_____
David S. Osterman
NH Bar No. 1939
66 Hanover Street, Suite 200
Manchester, NH 03101
(603) 626-5452
email@dsostermanlaw.com

## **CERTIFICATE OF SERVICE**

I, David S. Osterman, hereby certify that on the 4th day of April 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM\ECF system for filing, and transmittal a Notice of Electronic Filing to the following registered counsel of record:

Byrne J. Decker,  NH Bar# 9300
Maynard Nexsen, PC
Two Monument Square, Suite 703
Portland, Maine 04101
BDecker@maynardnexsen.com

| | |
|---|---|
| Date: April 4, 2025 | /S/ David. S. Osterman |
| | David S. Osterman |
| | NH Bar No. 1939 |
| | 497 Hooksett Rd., Box 352 |
| | Manchester, NH 03104 |
| | (603) 626-5452 |
| | email@dsostermanlaw.com |